UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIJAY KUMAR P.,<br>(A-Number: 245-430-334)<br><br>            Petitioner,<br><br>    v.<br><br>WARDEN, MESA VERDE DETENTION<br>CENTER, et al.,<br><br>            Respondents. | No.  1:26-cv-02529-KES-FJS (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS IN PART, DENYING MOTION TO DISMISS, DIRECTING RESPONDENTS TO PROVIDE PETITIONER WITH A BOND HEARING, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE<br><br>Docs. 7, 12 |

Petitioner Vijay Kumar P. is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 15, 2026, the assigned magistrate judge issued findings and recommendations to grant the petition in part and deny respondents' motion to dismiss.  Docs. 7, 12.  Those findings and recommendations were served upon all parties and contained notice that any objections thereto were to be filed within ten (10) days after service.  Respondents filed an untimely objection in which they merely state that they "object for the reasons set forth in their previously-

1

filed briefing." Doc. 16.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.[1]

Accordingly,

1.    The findings and recommendations issued on May 15, 2026, Doc. 12, are ADOPTED IN FULL;

2.    Respondents' motion to dismiss, Doc. 7, is DENIED;

3.    The petition for writ of habeas corpus is GRANTED IN PART;

4.    Respondents are ORDERED to provide petitioner VIJAY KUMAR P. (A-Number: 245-430-334) with a bond hearing before a neutral decisionmaker within ten (10) days of the date of this Order. Respondents shall immediately provide petitioner with a copy of this Order and shall provide him with 72 hours' written notice before the bond hearing. At that bond hearing, it is respondents' burden to demonstrate that petitioner is a flight risk or danger to the community by clear and convincing evidence. If respondents do not provide petitioner with a bond hearing within ten days, then respondents must release him.

5.    The Clerk of Court is directed to close this case and enter judgment for petitioner.

6.    The Clerk is directed to terminate any remaining motions as moot.

7.    The Clerk is directed to serve Mesa Verde ICE Processing Center with a copy of this Order.

IT IS SO ORDERED.

Dated:    July 2, 2026

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Court agrees with the magistrate judge's assessment that, given that the Court is not ordering petitioner's immediate release, petitioner's "request for a restraint on further detention is premature" at this time. Doc. 12 at 2–4.

2